UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COREY D YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, a governmental entity, KATHRYN D. KALLENBACH, and JOHN DOE KALLENBACH, a marital community,<br><br>Defendants. | CASE NO. 3:17-CV-05572-RBL-DWC<br><br>**DISCOVERY DEADLINES** |

The Court establishes the following discovery deadlines:

(1) <u>FRCP 26(f) Conference:</u> The deadline for the parties' FRCP 26(f) conference is **October 23, 2017.** This conference shall be by direct and personal communication, whether that be a face−to−face meeting or a telephonic conference.

(2) <u>Initial Disclosures:</u> The initial disclosure deadline is **November 6, 2017.**

(3) <u>Discovery Plan:</u> Counsel and any pro se parties are directed to confer and provide the Court with a Discovery Plan by **November 13, 2017.** The Discovery Plan must contain the

DISCOVERY DEADLINES - 1

following information relating to the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

    a)     initial disclosures;

    b)     subjects, timing, and potential phasing of discovery;

    c)     electronically stored information;

    d)     privilege issues;

    e)     proposed limitations on discovery;

    f)     the need for any discovery related orders;

    g)     the date by which discovery can be completed; and

    h)     whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

(4)     The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 2nd day of October, 2017.

_David W. Christel_
David W. Christel
United States Magistrate Judge